USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DIONISO MELO, *et al.*,                                          :
                                                                 :
                              Plaintiffs, :
                                                                 :        1:24-cv-4726-GHW
                -against-                    :
                                                                 :              ORDER
ERIC ROJAS EUSEBIO, *et al.*,                                    :
                                                                 :
                             Defendants. :
                                                                 :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated June 27, 2024, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than August 1, 2024. Dkt. No. 6. On August 2, 2024, the Court directed the parties to comply with the Court's June 27 order forthwith and in any event no later than August 6, 2024. Dkt. No. 7. The parties filed a proposed case management plan on August 5, 2024. Dkt. No. 9.

On August 5, 2024, the Court granted the request of the parties in the related case, *Eusebio-Rojas v. Singh*, Case No. 1:24-cv-4343-GHW, for an adjournment of the initial pretrial conference scheduled for August 8, 2024. *Eusebio-Rojas*, Dkt. No. 15. The initial pretrial conference scheduled for August 8, 2024 was adjourned to September 5, 2024. *Id.* Consequently, on August 6, 2024, the Court also adjourned the initial pretrial conference scheduled for August 8, 2024 in this matter to September 5, 2024 and directed that the parties submit a joint status letter and an updated proposed case management plan no later than August 29, 2024. Dkt. No. 10.

The Court has not received the joint status letter or updated proposed case management plan. Accordingly, the parties are directed to comply with the Court's August 6, 2024 order forthwith and in any event no later than September 3, 2024.

Counsel for Plaintiffs is directed to serve a copy of this order on any Defendant who has not appeared in this matter by no later than August 31, 2024, and to retain proof of service.

SO ORDERED.

Dated: August 30, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge